DECISION

No. DC-86-052b

The application of the above-named defendant for a review of the sentence of 10 years with 2 years suspended plus conditions for Burglary imposed on September 23, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Defendant claims he didn't get what he bargained for, and the record was not clear.

We wish to thank Scott Gratton of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. THOMAS ANTHONY DURBIN, Defendant.

DECISION

No. DC-86-082

The application of the above-named defendant for a review of the sentence of 10 years for Theft plus credit for time served; upon release from prison, Defendant is required to enroll and complete a drug treatment program, imposed on July 15, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Pete Carroll of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. ROBERT WILLIAM GONYEA, Defendant.

DECISION

No. 6868

18

The application of the above-named defendant for a review of the sentence for Count I, Burglary, 10 years; Counts II, III, & IV, Burglary, 10 years on each count to be served concurrently; but consecutive with Count I; and 5 years for Persistent Felony Offender to be served consecutive with Count I and Counts II, III, IV for a total of 25 years, imposed on April 5, 1985, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Keith Christie of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Sixteenth Judicial District, County of Custer, STATE OF MONTANA, Plaintiff vs. JOSEPH JACOB LESER, Defendant.

### DECISION

No. 3048

The application of the above-named defendant for a review of the sentence for Count I, Burglary, 10 years; Count II, Theft, 10 years; both to be served concurrently and concurrent to any other sentence presently being served; credit for 106 days served; plus conditions as stated in the May 7, 1985 Decision rendered by Judge Martin; plus DANGEROUS DESIGNATION imposed on May 7, 1985, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

HONORABLE THOMAS HONZEL DISSENTING: He would remove the Dangerous Designation on the basis of the age of defendant and his history of non-violence, otherwise he would leave the remainder of the sentence the same.

We wish to thank Patti Jensen of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, dissenting, Douglas Harkin, Judges.

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. DOREEN K. HOWARD, Defendant.